Karan L. ZOPATTI, Plaintiff–
Appellant,

v.

RANCHO DORADO HOMEOWNERS ASSOCIATION and The Prescott Companies, Defendants–Appellees.

No. 11–56447.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 3, 2013.

Filed July 18, 2013.

Margaret Dare Delano, Everett L. Delano, III, Delano & Delano, Escondido, CA, for Plaintiff–Appellant.

G. Dale Britton, Klinedinst P.C., Rian W. Jones, Esquire, Epsten Grinnell & Howell, Gabe Wright, Klinedinst P.C., San Diego, CA, for Defendant–Appellee.

Before: TROTT and W. FLETCHER, Circuit Judges, and STEIN, District Judge.*

District of New York, sitting by designation.

## MEMORANDUM [**]

Karan Zopatti appeals two orders of the district court: one excluding the testimony of her proffered experts and another granting summary judgment in favor of defendants Rancho Dorado Homeowners Association and The Prescott Companies. We have jurisdiction pursuant to 28 U.S.C. § 1291. This Court reviews a district court's decision to exclude expert testimony for abuse of discretion and a decision granting summary judgment *de novo.* *See Primiano v. Cook,* 598 F.3d 558, 563 (9th Cir.2010). We have considered all of plaintiff's arguments in favor of reversal and find them unavailing.[1] The district court did not abuse its discretion in excluding plaintiff's experts and there is no genuine issue of material fact that would preclude summary judgment on any of plaintiff's numerous claims for relief.

**AFFIRMED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Because the parties' briefs and excerpts of record were filed under seal, we decline to discuss them in detail.